IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALPHANEE B. GAMMON,

      Petitioner,

v.                                     CASE NO. 5:09cv53-RH/EMT

WALTER A. McNEIL,

      Respondent.

_____/

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

This case is before the court on the magistrate judge's report and recommendation (document 15). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The petitioner's motion for a default judgment (document 14) is DENIED. This case is remanded to the magistrate judge for further proceedings.

SO ORDERED on June 27, 2009.

                                             s/Robert L. Hinkle
                                             United States District Judge