IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


ALPHANEE B. GAMMON,
      Petitioner,

vs.                             Case No. 5:09cv53/RH/EMT

WALTER A. McNEIL,
      Respondent.
_____/

## ORDER

Pending is Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  The undersigned previously issued a Report and Recommendation recommending that habeas relief be granted on Ground Two of the petition (Doc. 30).  Respondent filed a motion for reconsideration, and both parties filed objections to the Report and Recommendation (Docs. 31, 34, 36).  In light of the court's view that Petitioner is entitled to habeas relief on Ground Two, which appears to be undisputed by the parties, and in light of the issues raised in the parties' objections, the undersigned determined that the interests of justice would be best served if Petitioner were represented by counsel.  Therefore, the undersigned issued an order directing Petitioner to file an affidavit of financial status if he desired the court to appoint counsel under the Criminal Justice Act (Doc. 35).  Petitioner has responded to the order by filing an affidavit of financial status, which satisfactorily demonstrates he is financially eligible for appointment of counsel (Doc. 37).  The court construes Plaintiff's filing as indicating his desire to have counsel appointed on his behalf; therefore, the court will appoint counsel pursuant to 28 U.S.C. § 2254(h) and 18 U.S.C. § 3006A(a)(2)(b).

The court will conduct a status conference with counsel on the date set forth below.  Counsel shall be prepared to address the following matters at the status conference:

        1.      whether the parties agree that the appropriate form of habeas relief on Ground Two is an order directing issuance of the writ and Petitioner's discharge

from custody unless within sixty (60) days from the date of entry of judgment in this case, the State of Florida returns Petitioner to Calhoun County and initiates proceedings to correct the constitutional error, or obtains a stay of issuance of the writ; and

        2.      whether Petitioner wishes to proceed on Grounds One and Three of his petition.[1]

Accordingly, it is **ORDERED**:

1.     The office of the Federal Public Defender is appointed pursuant to 18 U.S.C. § 3006A(2)(b) to represent Petitioner on the matters discussed herein and for further proceedings in this court.

2.     A status conference in this matter will be conducted before the undersigned magistrate judge in Courtroom 3 South, United States Courthouse, One North Palafox Street, Pensacola, Florida on **TUESDAY, DECEMBER 15, 2009, commencing at 3:00 P.M. (CENTRAL STANDARD TIME)**.[2]

**DONE AND ORDERED** this 30th day of October 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]As to Ground One, Petitioner may wish to weigh the likelihood of success on this issue with the fact that the court's consideration of additional issues will necessarily delay final disposition of this case.  As to Ground Three, Petitioner may wish to consider whether this claim would be rendered moot by the court's granting relief on Ground Two.

[2]If counsel wishes to appear telephonically, he or she shall contact this office at (850) 437-6823 prior to the date of the conference.